OPINION — AG — ANY TEACHER WHO IS ELIGIBLE FOR OR WILL BECOME ELIGIBLE FOR PARTICIPATION IN THE TEACHER'S RETIREMENT SYSTEM IS NOT ENTITLED TO PARTICIPATE IN THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM. CITE: OPINION NO. 63-413, 74 O.S. 1961 805 [74-805](2), 56 O.S. 1965 Supp., 320 [56-320], 70 O.S. 1961 2-4 [70-2-4](28) 70 O.S. 1961 24-4 [70-24-4](28) (W. J. MONROE) FILENAME: m0000981 JOE HARP OKLAHOMA STATE REFORMATORY ATTORNEY GENERAL OF OKLAHOMA — OPINION JULY 11, 1967 OPINION — AG — ANY TEACHER WHO IS ELIGIBLE FOR OR WILL BECOME ELIGIBLE FOR PARTICIPATION IN THE TEACHER'S RETIREMENT SYSTEM IS NOT ENTITLED TO PARTICIPATE IN THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM. CITE: OPINION NO. 63-413, 74 O.S. 1961 805 [74-805](2), 56 O.S. 1965 Supp., 320 [56-320], 70 O.S. 1961 2-4 [70-2-4](28) 70 O.S. 1961 24-4 [70-24-4](28) (W. J. MONROE)